IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as successor to Gulf Insurance Company, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:08cv637-MHT (WO) |
| THE PLANTATION OAKS OF ALABAMA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 32), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3nd day of February, 2010.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE